1  Mark E. Ellis - 127159
2  Ephraim Egan - 278122
   ELLIS LAW GROUP, LLP
3  740 University Avenue, Suite 100
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ellislawgrp.com
6  eegan@ellislawgrp.com

7  Attorneys for Defendant FINANCIAL RECOVERY ALLIANCE, INC.

JS-6

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | LUZ CURIEL, | Case No.: 5:13-cv-01974-JGB-SP |
12 | Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
13 | v. | |
14 | FINANCIAL RECOVERY ALLIANCE, INC., ET AL., | |
15 | | |
16 | Defendants. | |

18     Pursuant to the Stipulation of the parties, Plaintiff LUZ CURIEL has agreed to
19 dismiss this action against Defendant FINANCIAL RECOVERY ALLIANCE, INC.
20 with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) in
21 return for a mutual waiver of fees and costs. Accordingly, this action and all of
22 Plaintiff's claims against Defendant therein are hereby dismissed with prejudice.
23     IT IS SO ORDERED.

26 Dated: March 25, 2014                 _____
27                                       Hon. Jesus G. Bernal
                                         United States District Judge
28

- 1 -

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE